AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

9 Udell Street, 2nd Fl.Apt., Prov., RI, 2nd floor of a 2 family home, white in color, brown roof. To the right of front door is #9, color black. There is a metal fence on the right side of premises, wood fence in back. In front, there is a light brown awning. The entrance is on east side of house, there is a white door that leads to staircase heading to second floor

## SEARCH WARRANT

CASE NUMBER: 1:05-M-131M

TO: Any Special Agent of the U.S. Secret Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Craig A. Marech (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

9 Udell Street, 2nd Fl. Apt., Prov., RI, 2nd floor of a two family home, white in color,brown roof. To the right of front door is #9, color black. There is a metal fence on the right side of premises, wood fence in back. In front, there is a light brown awning. The entrance is on east side of house, there is a white door that leads to staircase heading to second floor

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

See attached "Schedule A - Items to be Seized"

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ______ (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN, UNITED STATES MAGISTRATE JUDGE (U.S. Judge or Magistrate Judge) as required by law.

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

11/5/05 3:58 PM at PROVIDENCE, RHODE ISLAND
Date and Time Issued — City and State

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFIED INVENTORY OF PERSONAL PROPERTY

SERIAL NUMBER: 716766

NAME OF SUBJECT: ANTHONY DIMEO

CASE NO.: J-111-813-14447-S

OFFICE CONDUCTING INVENTORY: SEARCH WARRANT PROVIDENCE RESIDENT OFFICE/ USSS

DATE OF INVENTORY: 11/09/05

PAGE 1 OF 2 PAGES

SIGNATURES OF PERSONS RECEIVING AND INVENTORYING BELOW LISTED PROPERTY:
1. SPECIAL AGENT JAMES BENTZ
2. SPECIAL AGENT CRAIG MARECH

TIME RECEIVED: 0930

DATE RECEIVED: 11/09/05

| ITEM # | QUANTITY | DESCRIPTION OF PROPERTY Search WARRANT 1:05-M-131M |
|---|---|---|
| 1 | | $3262.00 IN GENUINE UNITED STATES CURRENCY |
| 2 | | RED AND BLACK CHECKBOOK BOX OF SUSPECTED NARCOTICS AND PARAPHERNALIA |
| 3 | | VARIOUS AUTOMOBILE INSURANCE DOCUMENTS |
| 4 | | VARIOUS AUTOMOBILE DOCUMENTS REGARDING ACURA TL (CONSENT SEARCH AUTOMOBILE) |
| 5 | | DEPOSIT SLIP RI CREDIT UNION (NAME DIMEO) |
| 6 | | RI DMV VEHICLE REGISTRATION (MARIA D. DIMEO) |
| 7 | | WHITE NOTEBOOK, PAPER CONTAINING NAMES, SSN'S AND PHONE NUMBERS |
| 8 | | WHITE "BALLY TOTAL FITNESS" CONTAINING NAME AND PHONE NUMBERS |
| 9 | | WALGREENS PRESCRIPTION AND RECEIPT (RETURNED TO DIMEO 11/14/05) |
| 10 | | RI TEMPORARY PLATE (76957-P), RI AUTO INSURANCE CARD, RI TEMP PLATE RECEIPT (CONSENT SEARCH) |
| 11 | | PLASTIC LAMINATION MATERIAL (ONE ROLL) |
| 12 | 37 | PIECES OF WHITE PLASTIC |
| 13 | 2 | TEMPLATE OR SAMPLE FALSE DRIVERS LICENSES (NH-INDIANA) |
| 14 | 1 | STAPLES RECEIPT |
| 15 | 7 | ASSORTED CD'S |
| 16 | 1 | LOGITECH QUICK SMART CAMERA |
| 17 | 1 | SAMSUNG CPU RW 48.16.48, PENTIUM 4 (NO VISIBLE SERIAL #) |
| 18 | 1 | "POINT SAFE" PERSONAL SAFE |
| 19 | 1 | FARGO PERSONA CARDJET C7 PRINTER |
| 20 | | $3,814.00 IN GENUINE UNITED STATES CURRENCY |
| 21 | | Misc PAPERS CONTAINING, NAMES, DOB'S, ADDRESSES, PHONE #'S, AND MEMO BOOK |
| 22 | 5 | CHECKBOOKS |
| 23 | | MISC COURT PAPERS FROM 6TH DISTRICT COURT |
| 24 | | SPRINT CELL PHONE BILL (BOBBY DELCUA) |
| 25 | | MISC CITIZENS BANK DEPOSIT ENVELOPES |

I hereby acknowledge relinquishing the above listed property and have been informed that I have thirty (30) days from the date of this notice to reclaim my property or designate someone in writing to receive it. If after thirty (30) days, the property has not been claimed, the U.S. Secret Service will commence abandonment procedures. **(THIS NOTICE WILL SERVE AS YOUR ONLY NOTICE.)**

SIGNATURE OF SUBJECT:

## RETURN OF PROPERTY

I ACKNOWLEDGE RECEIPT OF THE ABOVE LISTED PROPERTY WITH THE FOLLOWING EXCEPTIONS:

☐ NONE (List items by number)

SIGNATURE OF SUBJECT:

SIGNATURES OF PERSONS CERTIFYING RETURN OF PROPERTY:
1.
2.

TIME RECEIVED:

DATE RECEIVED:

UNITED STATES SECRET SERVICE

This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS

A. TO SUBJECT UPON EXECUTION

SSF 3051 (08/2002)

Part I

# CERTIFIED INVENTORY OF PERSONAL PROPERTY

SERIAL NUMBER 717077

| | |
|---|---|
| NAME OF SUBJECT: ANTHONY DIMEO | CASE NO.: J-111-813-14447-S |
| OFFICE CONDUCTING INVENTORY: SEARCH WARRANT PROVIDENCE RESIDENT OFFICE/ USSS | DATE OF INVENTORY: 11/09/05 — PAGE 2 OF 2 PAGES |

SIGNATURES OF PERSONS RECEIVING AND INVENTORYING BELOW LISTED PROPERTY:
1. SA JAMES BENTZ UNITED STATES SECRET SERVICE
2. SA CRAIG A. MARECH UNITED STATES SECRET SERVICE

TIME RECEIVED: 0930
DATE RECEIVED: 11/09/05

| ITEM # | QUANTITY | DESCRIPTION OF PROPERTY Search WARRANT 1:05-M-131 M |
|---|---|---|
| 26 | 1 | YELLOW PAPER RECEIPT $1,000.00 (HAND WRITTEN) |
| 27 | | SOVEREIGN BANK BROCHURE |
| 28 | 1 | MOTOROLA I-730 NEXTEL CELL PHONE (SERIAL # 364UFJF1C4) |
| 29 | 1 | MOTOROLA PHONE CHARGER |
| 30 | 1 | MOTOROLA CELL PHONE (#D54GFPAR28) WITH CHARGER |
| 31 | | SUSPECTED DRUG PARAPHERNALIA AND PLASTIC BAGGIES |
| 32 | 2 | BOTTLES OF PRESCRIPTION VICADIN AND VIAGRA AND RECEIPT (RETURNED 11/14/05 TO DIMEO) |
| 33 | 1 | ADVANCED PCS WIRELESS RECEIPT $300.00 |
| 34 | 1 | MOTOROLA I 860 NEXTEL CELL PHONE (SERIAL # 364YFG05Y5) |
| 35 | 1 | MEAD FIVE STAR NOTEBOOK |
| 36 | 1 | BOTTLE OF ACETONE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge relinquishing the above listed property and have been informed that I have thirty (30) days from the date of this notice to reclaim my property or designate someone in writing to receive it. If after thirty (30) days, the property has not been claimed, the U.S. Secret Service will commence abandonment procedures. **(THIS NOTICE WILL SERVE AS YOUR ONLY NOTICE.)**

SIGNATURE OF SUBJECT:

## RETURN OF PROPERTY

I ACKNOWLEDGE RECEIPT OF THE ABOVE LISTED PROPERTY WITH THE FOLLOWING EXCEPTIONS:

☐ NONE (List items by number)

SIGNATURE OF SUBJECT:

SIGNATURES OF PERSONS CERTIFYING RETURN OF PROPERTY:
1.
2.

TIME RECEIVED:
DATE RECEIVED:

UNITED STATES SECRET SERVICE
This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS

A. TO SUBJECT UPON EXECUTION

SSF 3051 (08/2002)

Part I

## SCHEDULE A -ITEMS TO BE SEIZED

1. United States currency.

2. Any and all bank records, including all bank account statements, checks, checkbooks, check registers, copies of checks written, withdrawal slips, documents reflecting the depositing of funds, financial statements, wire transfers, checking account information, deposit information to include safety deposit box records, credit debit memo records, business financial records, business files containing account history or individual transactions or mailings, currency, state and federal tax records.

3. The contents of any safe or similar item that may used to store the fruits of the alleged scheme, including cash.

4. All documents containing the names, addresses, telephone numbers, dates of birth and/or social security numbers of any other individual, including all address and telephone books.

5. All utility bills including all telephone bills and record.

6. All cellular telephones, palm-pilots and electronic devices through which electronic messages may be transmitted, including any and all computers stored in the Premises.

7. All other records and documents that constitute evidence, contraband, the fruits, and property intended for use in committing a violation of Title 18, United States Code, Sections 1344 and/or 371.

8. As used above, the terms records, documents, programs, applications or materials includes records, documents, programs, applications or materials created, modified or stored in any form.

9. In order to search for data that is capable of being read or interpreted by a computer, law enforcement personnel will need to seize and search the following items, subject to the procedures set forth in the affidavit submitted in support of the instant application for a search warrant:

i. Any computer equipment and storage device capable of being used to commit, further or store evidence of the offenses listed above;
ii. Any computer equipment used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners;
iii. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;
iv. Any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software.
v. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched;
vi. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and
vii. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data.